NATHAN BANDELL, Appellant, v. JULIUS GUTER and ALBERT KAHN, Respondents. MAX H. NEWMAN, Defendant. Consolidated with the action of JULIUS GUTER, Plaintiff, v. MAX H. NEWMAN, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CHARLES FRANCIS BATES, Appellant, v. ROBERT L. BARROWS and Others, as Trustees of Union Free School District No. 3 of the Town of Eastchester, etc., Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

MEYER BEHRMAN, Appellant, v. AARON BENDERSKY, Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff for the amount of the down payment, with interest from August 6, 1925, with costs, upon the ground that at the time fixed for the execution of the " formal contract " defendant was unable to deliver title free of restrictions, which had not been provided for in the binder, and that defendant's own acts in suggesting and acquiescing in an adjournment did not make time of the essence of the contract as of August 14, 1925. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions will be made. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur. Settle order on notice.

J. FIELDING BLACK, Respondent, v. NEIL VAN AIKEN, Appellant.— Order of the City Court of White Plains modified so as to provide that only the counterclaim be stricken out, and as so modified affirmed, without costs. (Fish v. Conley, 221 App. Div. 609.) Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

PATRICK E. CALLAHAN, as Receiver of CASS & APFEL, Appellant, v. GUISIPPINA PARASCANDOLA, as Administratrix, etc., of JOSEPH AUDITORE, Deceased, Appellant. CHARLES L. APFEL and Others, Respondents, and JACK LOBSENZ, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SEBASTIANO CARUSO, as Administratrix, etc., of CARMELO CARUSO, Deceased, Appellant, v. STEAMSHIP TERMINAL OPERATING COMPANY and DOLLAR STEAMSHIP LINE, Respondents.— Judgments dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

HERBERT L. COBB, Respondent, v. ABRAHAM BROWN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.